UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00195 RWS |
| | ) | |
| OSBORNE CANNON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER HOLDING DEFENDANT TO ANSWER
FOR FINAL SUPERVISED RELEASE REVOCATION HEARING**

Defendant, Osborne Cannon, came before the undersigned on a warrant for his arrest issued on September 15, 2005, on order of the Honorable Rodney W. Sippel, United States District Judge. The order was issued on the petition of a United States Probation Officer, and alleged that Defendant violated conditions of supervised release imposed by the Court. Defendant was arrested on September 20, 2005, and had his initial appearance before the undersigned on that date. At that time, bond was set for Defendant, counsel was appointed, and a preliminary supervised release revocation hearing was set for September 22, 2005.

On September 22, 2005, Defendant appeared with his attorney, Assistant Federal Public Defender Michael Dwyer. The government appeared by Assistant United States Attorney Michael Riley. After conferring with counsel and being advised by the Court of his legal right to a preliminary supervised release revocation hearing, Defendant

knowingly and voluntarily waived his right to a preliminary supervised release revocation hearing, both orally and in writing, and agreed to be bound over for the final supervised release revocation hearing scheduled for September 28, 2005.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant appear for a final supervised release revocation hearing on **Wednesday, September 28, 2005 at 11:00 a.m.**, before the Honorable Rodney W. Sippel.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 23rd day of September, 2005.